IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENNIS McGOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:07-0039 |
| v. ) | JUDGE CAMPBELL |
| ) | |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Motion for Summary Judgment filed by Defendant Charles Marable (Docket Entry No. 51). For the reasons stated in the accompanying Memorandum, Defendant Marable's Motion for Summary Judgment is GRANTED, and all claims against Defendant Marable are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

1