IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS McGOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:07-0039 |
| v. | ) | JUDGE CAMPBELL |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Motion to Dismiss filed by Defendant Carolyn Jordan (Docket Entry No. 49). For the reasons stated in the accompanying Memorandum, Defendant Jordan's Motion is GRANTED, and all claims against Defendant Jordan are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

1