IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DENNIS McGOUGH,                )
                               )
         Plaintiff,            )
                               )        CASE NO. 1:07-0039
v.                             )        JUDGE CAMPBELL
                               )
CORRECTIONS CORPORATION OF     )
AMERICA, et al.,               )
                               )
         Defendants.           )

## ORDER

Pending before the Court is a Motion to Dismiss filed by Defendant Jasper Bernard Brewster, D.D.S. (Docket Entry No. 61). For the reasons stated in the accompanying Memorandum, Defendant Brewster's Motion is GRANTED, and all claims against Defendant Brewster are DISMISSED.

IT IS SO ORDERED.

                                                  _____
                                                  TODD J. CAMPBELL
                                                  UNITED STATES DISTRICT JUDGE

1