IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DENNIS McGOUGH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CASE NO. 1:07-0039 |
| v. | ) JUDGE CAMPBELL |
| | ) |
| **CORRECTIONS CORPORATION OF AMERICA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is a Motion to Dismiss filed by Defendants Correction Corporation of America ("CCA"), Cherry Lindamood, Debra Casteel, Larry Staggs, Michael Parrish, Stephanie Pool, Leigh Kilzer, Sonya Hefner, Lisa Edwards, Alisha Gobbell, and Burton Brooks (Docket Entry No. 41). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED in part and DENIED in part.

All claims against Defendants CCA, Lindamood, Casteel, Staggs, Kilzer, Hefner, Edwards and Brooks are DISMISSED. Plaintiff's retaliation claims against Defendants Parrish, Pool and Gobbell remain and will be set for trial by contemporaneous Order. This matter is referred to the Magistrate Judge for decision on any pretrial matters and for recommendations on any dispositive motions.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

1