UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS McGOUGH | ) | |
| | ) | |
| v. | ) | NO. 1:07-0039 |
| | ) | JUDGE CAMPBELL |
| CORRECTIONS CORPORATION OF | ) | |
| AMERICA, et al. | ) | |

ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Docket No. 78) entered on January 10, 2008. The Court has independently reviewed the Magistrate Judge's findings and conclusion. The Magistrate Judge's Report and Recommendation is adopted and approved.

Accordingly, Defendant Charles T. Marable, M.D.'s Petition for Expungement of Record (Docket No. 77) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE