IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

```
DENNIS McGOUGH,                )
                               )
     Plaintiff,                )
                               )    No: 1:07-0039
          v.                   )    Judge Campbell/Bryant
                               )
CORRECTIONS CORPORATION OF     )
AMERICA, et al.,               )
                               )
     Defendants.               )
```

**O R D E R**

Pending before the Court is the motion of defendants Parrish, Pool and Gobbell to compel discovery responses. (Docket Entry No. 79). By this motion these defendants seek an order compelling the plaintiff to respond to written discovery served by mail on October 10, 2007.

Plaintiff has filed no response to this motion, and, insofar as the record before the Court reflects, plaintiff has served no responses to this discovery.

Accordingly, defendants' motion to compel is hereby **GRANTED**, and the plaintiff is hereby **ORDERED** to serve responses to these defendants' interrogatories and requests for production of documents on or before **March 24, 2008.** The plaintiff is hereby admonished that his failure to comply with this order may cause the undersigned Magistrate Judge to recommend that his complaint be dismissed for failure to participate in discovery.

To the extent that defendants' motion seeks an award of expenses and attorney's fees, the motion is hereby **DENIED**.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge
